IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05 CR 23-7

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| WILLIAM EDWARD JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS CAUSE came on to be heard before the undersigned upon a Violation Report (#502) filed in this matter alleging that Defendant had violated terms and conditions of his prehearing release. At the call of this matter on for hearing it appeared that Defendant was present with his counsel, Alan Coxie, and the Government was present through AUSA, Tom Kent. After conducting an initial appearance for Defendant, Mr. Coxie advised the Court that he needed additional time within which to obtain medical records of treatment of the Defendant that would support Defendant's contention that he has idiopathic pulmonary fibrosis or some other terminal disease. The undersigned made inquiry of the United States Probation Office and has found that Defendant has not violated the terms and conditions of his prehearing release and specifically that which required him to be tested weekly for the use of methamphetamine. Mr. Kent advised the Court that the Government did

1

not have any objection to the motion to continue.

The undersigned then made inquiry as to whether or not the Defendant or the Government had any objection to the Court's review of medical records already produced by the Defendant. Neither the Government nor the Defendant had any objection.

**ORDER**

**IT IS, THEREFORE**, **ORDERED:**

1)   That the hearing of the Violation Report (#502) is continued until **January 29, 2016 at 9:30 a.m**.; and

2)   It is **ORDERED** that the United States Probation Office for the Western District of North Carolina and the Defendant shall provide to the Court the medical records concerning the treatment of the Defendant that are now in their possession and Mr. Coxie shall provide copies of any additional records that he is to obtain so the Court can review these records prior to the hearing of January 29, 2016.

Signed: January 20, 2016

Dennis L. Howell
United States Magistrate Judge