IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05 cr 23-7

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| WILLIAM EDWARD JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Continue (#513) filed by counsel for Defendant moving to continue a revocation hearing scheduled in regard to a Violation Report (#502) filed by the United States Probation Office. Counsel for Defendant advises he is scheduled to have surgery on January 29, 2016. Further, the hearing of the petition alleging that the Defendant has violated terms and conditions of his supervised release is scheduled for January 28, 2016 before United States District Judge Martin Reidinger. As a result of the hearing of that motion, further hearings before the undersigned will probably be moot. As a result of the foregoing, good cause has been shown for the granting of the motion and the motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Continue (#513) is **ALLOWED** and the hearing scheduled regarding the Violation Report (#502) is

1

continued to a date after January 29, 2016.

Signed: January 27, 2016

_____

Dennis L. Howell
United States Magistrate Judge