IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05 CR 23-7

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| WILLIAM EDWARD JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS CAUSE coming on to be heard before the undersigned pursuant to a Violation Report (#502) filed by the United States Probation Office alleging that Defendant had violated terms and conditions of his prehearing release. Prior to the hearing of the petition alleging that Defendant had violated terms and conditions of supervised release, the Petition (#491) was heard before Judge Martin Reidinger on January 28, 2016. At the close of the hearing, Judge Reidinger revoked the terms and conditions of supervised release of the Defendant and issued an order confining Defendant. As a result of this Order, the allegations contained in the Violation Report (#502) are moot and should be dismissed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Violation Report (#502) is hereby **DISMISSED** as being **MOOT.**

1

Signed: February 2, 2016

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge